Tuesday        9th

            April, 1996.


Delano Leroy Graves,                                    Appellant,

 against       Record No. 0089-94-1
               Circuit Court Nos. 25606-93, 25608-93 and
                              25609-93

Commonwealth of Virginia,                              Appellee.


                    Upon Rehearing En Banc

        Before Chief Judge Moon, Judges Baker, Benton, Coleman,
     Willis, Elder, Bray, Fitzpatrick, Annunziata and Overton


        Willard M. Robinson, Jr., for appellant.

        Robert B. Beasley, Jr., Assistant Attorney General
        (James S. Gilmore, III, Attorney General, on
        brief), for appellee.



        In Graves v. Commonwealth, 21 Va. App. 161, 462 S.E.2d 902

(1995), a panel of this Court reversed the judgment of the trial court

and remanded this case for further proceedings.  On motion of the

Commonwealth, we stayed the mandate of that decision and granted

rehearing en banc.

        Upon rehearing en banc, the judgment of the trial court is

reversed for the reasons set forth in the majority panel opinion, the

stay of this Court's October 17, 1995 mandate is lifted, and this case

is remanded to the trial court for further proceedings, if the

Commonwealth be so advised.

        Judges Coleman, Elder, Fitzpatrick and Annunziata dissent

for the reasons set forth in the panel dissent.

It is ordered that the trial court allow counsel for the appellant an additional $200 for services rendered the appellant on the rehearing portion of this appeal, in addition to counsel's costs and necessary direct out-of-pocket expenses.

This order shall be published and certified to the trial court.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk